IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHERRY GRIGGS,<br><br>    Plaintiff,<br>v.<br><br>DIVERSITECH CORPORATION,<br><br>    Defendant. | Civil Action<br><br>No. 1:13-cv-1739-SCJ |

## [Proposed] ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO THE FAIR LABOR STANDARDS ACT

Upon consideration of the Joint Motion to Approve Settlement Pursuant to the Fair Labor Standards Act submitted by the Parties and all other matters of record, the Court is of the opinion that the settlement should be **APPROVED** as a fair and reasonable resolution of a *bona fide* dispute concerning the Fair Labor Standards Act.

It is, therefore, **ORDERED** that the Parties' Joint Motion to Approve Settlement Pursuant to the Fair Labor Standards Act is **GRANTED**.

Accordingly, the Court approves the settlement of the Parties, and dismisses the action with prejudice.

SIGNED THIS 5th DAY OF August, 2013.

_____
The Honorable Steve C. Jones
United States District Judge